**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

LARRY VANCE DEAN,

    Plaintiff,

vs.                                Case No. 4:05cv260-RH/WCS

DENVER STUTLER,

    Defendants.

_____/

**O R D E R**

This cause is before the Court upon referral from the Clerk of Court. An order was issued on July 25, 2005, noting that the *pro se* Plaintiff initiated this action by submitting a complaint to the Clerk of Court and paying just $39.00 to file this case as a "miscellaneous petition." Docs. 1, 2. The order, however, explained that Plaintiff's allegations in the "petition" were clearly claims that must proceed as a civil rights action under 42 U.S.C. § 1983 as he alleged that his constitutional rights were violated by Defendants acting "under color of law." Docs. 1, 2. Plaintiff was accordingly ordered to pay the balance of the $250.00 filing fee ($211.00) to the Clerk of Court no later than **August 17, 2005**. Doc. 2.[1] In response, Plaintiff has filed a "notice" in which he

---

[1] Plaintiff was also ordered to file an amended complaint. Doc. 2.

essentially refuses to accept the court order and declares that " 'LARRY VANCE DEAN' does not exist as a matter of Law . . . " Doc. 3, p. 1.  Plaintiff asserts that his proper name is "Larry Vance Dean" and the docket should be corrected.

Plaintiff is advised that this case will be dismissed unless Plaintiff submits the balance of the filing fee.  No further action will be taken on this case and it will be dismissed for failure to comply with a court order and failure to prosecute if Plaintiff fails to submit the balance owed by that date.  Plaintiff should review the prior order with the Clerk's Office if he is uncertain of its requirements, but it is apparent that Plaintiff opened the mail from the Court when the prior order was mailed to Plaintiff before returning it to the Court.  Furthermore, whether Plaintiff's name is typed in all capital letters or lower case with initial capitals, the docket will not be altered as Plaintiff's name is correct as indicated on the birth certificate he provided.  Doc. 3, attachment.

Several Defendants filed a motion to dismiss, docs. 4-5, but no action is necessary on that motion until Plaintiff pays the $211.00.  Plaintiff shall not file a response to the motion to dismiss unless he pays the balance of the fee.

Accordingly, it is

**ORDERED:**

1.  No action will be taken on Defendants' motion to dismiss unless and until Plaintiff pays the balance of the filing fee.

2.  Plaintiff shall have until **August 17, 2005**, to either file a motion requesting leave to proceed *in forma pauperis* along with a supporting financial affidavit, or Plaintiff shall pay $211.00, the balance owed on the filing fee for this case.  If Plaintiff is unable

to pay the fee by the deadline provided, Plaintiff must timely file a motion for an enlargement of time.

    3.  **Failure to comply with the order of this court may result in a recommendation of dismissal of this action.**

    4.  The Clerk of Court shall return this file to the undersigned upon receipt of Plaintiff's payment of the filing fee, the filing of a motion requesting leave to proceed *in forma pauperis*, or no later than August 17, 2005.

    **DONE AND ORDERED** on August 11, 2005.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**