**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**LARRY VANCE DEAN,**

    **Plaintiff,**

vs.                                           **Case No. 4:05cv260-RH/WCS**

**DENVER STUTLER,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an order filed August 11, 2005, Plaintiff was directed to either file a motion requesting leave to proceed *in forma pauperis* or pay the $211.00 balance owed on the filing fee for this case by August 17, 2005. Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. He was further advised that no action would be taken on any of his documents filed until he either filed the motion for leave to proceed or paid the balance of the filing fee. Doc. 6. On August 11, 2005, Plaintiff returned the envelope containing the August 11, 2005, order and

marked it "without prejudice returned not accepted for violations of 18 U.S.C. 1001."  It appears Plaintiff opened the envelope and decided not to accept the order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with an order or to prosecute this case, this complaint should now be dismissed without prejudice.

Plaintiff shall have a 15 day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for this failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**DONE AND ORDERED** on August 19, 2005.

 S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**