IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY VANCE DEAN,

    Plaintiff,

v.        CASE NO. 4:05cv260-RH/WCS

DENVER STUTLER,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 10), and the "notice" filed in response thereto (document 11). I treat the "notice" as objections. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

    SO ORDERED this 21st day of September, 2005.

                                s/Robert L. Hinkle
                                Chief United States District Judge